IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KERRY S MITCHELL, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00214-TES-AGH |
| | * |
| LIEUTENANT ROOSEVELT GREEN et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 9, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 9th day of January, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk